IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WE INSURE GROUP, INC., A
FLORIDA CORPORATION,

        Appellant,

        Case No.  5D23-81
v.                                              LT Case No. 2019-CA-2370


CHRISTOPHER SALAMEH,

        Appellee.
_____/

Decision filed April 25, 2023

Appeal from the Circuit Court
for Duval County,
Gilbert L. Feltel, Jr., Judge.

Michael J. Korn, of Korn & Zehmer,
P.A., Jacksonville, and H. Leon
Holbrook, III, and Adam B.
Edgecombe, of Lippes Mathias, LLP,
Jacksonville, for Appellant.

Alison A. Blake and P. Campbell
Ford, of Ford Miller & Wainer, P.A.,
Jacksonville Beach, for Appellee.


PER CURIAM.

        AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.